DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARY JANE VON MELKER,**
Appellant,

v.

**ST. LUCIE SETTLEMENT, INC.,**
Appellee.

No. 4D21-146

[May 13, 2021]

Appeal from the County Court for the Nineteenth Judicial Circuit, Martin County; Jennifer Alcorta Waters, Judge; L.T. Case No. 2018CC0101, 20-7-AP.

Stephen Isherwood of Apfelbaum Law, Port St. Lucie, for appellant.

Jacob E. Ensor and Samantha L. Simpson of Ross, Earle, Bonan & Ensor, P.A., Stuart, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER, and KLINGENSMITH, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*